**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6051**

JOEY D. SCOTT,

        Plaintiff - Appellant,

    v.

FNU HUDGINS, Sergeant; MATTHEW PENNELL; KEITH WHITENER; BOYD
BENNETT,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Senior District Judge.  (5:08-cv-00137-GCM)

Submitted:  July 20, 2009        Decided:  October 22, 2009

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joey D. Scott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joey D. Scott appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint alleging excessive force. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. Hudgins, No. 5:08-cv-00137-GCM (W.D.N.C. Dec. 1, 2008). We deny all Scott's pending motions, including his motions for appointment of counsel, to "Dismiss PLRA Procedure," to compel discovery, to continue videoconference hearing, for seizure of property/assets, and to impose sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2